Argued and submitted February 27, reversed and remanded for reconsideration
April 3, 2003

In the Matter of the Compensation of
Joseph Martinez, Claimant.

Joseph MARTINEZ,
*Petitioner,*

*v.*

TRI-MET, INC.,
*Respondent.*

00-05126; A115924

66 P3d 591

Dennis O'Malley argued the cause and filed the briefs for petitioner.

Travis L. Terrall argued the cause and filed the brief for respondent.

Before Edmonds, Presiding Judge, and Kistler and Schuman, Judges.

PER CURIAM

Reversed and remanded for reconsideration in light of *SAIF v. Lewis*, 335 Or 92, 58 P3d 814 (2002).